JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY QUARTARONE,<br><br>        Plaintiff,<br><br>       vs.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA; and DOES 1-10,<br>inclusive,<br><br>        Defendant. | Case No. CV 19-6917-GW-GJSx<br><br>**ORDER GRANTING<br>STIPULATION TO DISMISS<br>ENTIRE ACTION WITH<br>PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-06917-GW-GJS, is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: May 27, 2021

_____

Hon. George H, Wu
United States District Judge

176878.1